FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2020 NOV 12 PM 2:34

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA *ex rel*,
THOMAS HEYCK,

    Plaintiffs,

v.

MORI, BEAN & BROOKS, P.A,

    Defendant.
_____/

Case No. 3:18-cv-590-J-39PDB

**FILED UNDER SEAL**

## UNITED STATES' NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT AND REQUEST FOR UNSEALING

The United States of America, by and through the undersigned counsel and pursuant to the False Claims Act (FCA), 31 U.S.C. § 3730(b)(4), hereby notifies the Court that it intervenes in this *qui tam* action as to certain FCA claims brought on behalf of the United States by relator Thomas Heyck, for purposes of effecting a Settlement Agreement with an effective date of November 2, 2020.

The United States expects to file stipulations of dismissal in this and as to the matters that are resolved by the Settlement Agreement, after Defendants have paid the United States the monetary amounts required by the Settlement Agreement.

In addition to the above, the United States respectfully requests the following:

1. The Complaint in this Action, this Notice, and the resulting Order be unsealed.

2. All other papers previously on file in this action remain under seal (except as previously ordered by the Court) because, in discussing the content and extent of the United States' investigation, such papers were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

3. Except as may be specifically ordered by the Court, the seal be lifted on all matters occurring in this action after the date of this Order.

A proposed Order is submitted herewith for the Court's consideration.

Dated: November 12, 2020               Respectfully submitted,

                                       MARIA CHAPA LOPEZ
                                       United States Attorney

                                By:    */s/ Sean P. Keefe*
                                       SEAN P. KEEFE
                                       Assistant United States Attorney
                                       Florida Bar No: 0413828
                                       400 North Tampa St., Suite 3200
                                       Tampa, FL 33602
                                       Telephone: (813) 274-6000
                                       Fax: (813) 274-6200
                                       Email: sean.keefe@usdoj.gov
                                       *Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 11th day of November, 2020, I caused the foregoing and the accompanying proposed Order, to be served by first class mail, postage pre-paid, on the following counsel of record:

Shauna B. Itri, Esq.
Seeger Weiss LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
sitri@seegerweiss.com

Steven G. Wenzel, Esq.
Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue, Suite 300
Tampa, FL 33602
swenzel@wfclaw.com

*Counsel for Qui Tam Relator*

/s/ *Sean P. Keefe*
SEAN P. KEEFE
Assistant United States Attorney