UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA *ex rel*,
THOMAS HEYCK,

        Plaintiffs,        Case No. 3:18-cv-590-J-39PDB

v.

MORI, BEAN & BROOKS, P.A,

        Defendant.
_____/

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), and in accordance with the terms of the settlement agreement effective as of November 2, 2020, that has been reached among the United States, the Relator, and the Defendants, the United States and Relator hereby stipulate, through their undersigned counsel, to dismissal of this case.

In accordance with the Settlement Agreement, dismissal shall be:

(1) with prejudice to the Relator, subject to the terms of the Settlement Agreement;

(2) with prejudice to the United States as to the allegations described in the Settlement Agreement, subject to the terms of the Settlement Agreement; and

(3) otherwise without prejudice to the United States.

The Parties request that the Court retain jurisdiction for purposes of enforcing the Settlement Agreement and resolving any disputes arising under the Settlement Agreement.

Dated: November 20, 2020 Respectfully submitted,

                                    MARIA CHAPA LOPEZ
                                    United States Attorney

By: ***/s/ Sean P. Keefe***
      SEAN P. KEEFE
      Assistant United States Attorney
      Florida Bar No: 0413828
      400 North Tampa St., Suite 3200
      Tampa, FL 33602
      Telephone: (813) 274-6000
      Fax: (813) 274-6200
      Email: sean.keefe@usdoj.gov
      *Counsel for the United States of America*

***/s/ Shauna B. Itri***
Shauna B. Itri, Esq.
Seeger Weiss LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
sitri@seegerweiss.com

Steven G. Wenzel, Esq.
Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue, Suite 300
Tampa, FL 33602
swenzel@wfclaw.com
*Counsel for Qui Tam Relator*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic service to all counsel of record.

/s/ Sean P. Keefe
SEAN P. KEEFE
Assistant United States Attorney